**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

General Complaint

DEC 2 0 2016

BY
DEPUTY _____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA
_____

_____

_____
List the full name of each plaintiff in this action.

Case Number : 1:16CV518

TH/ZH

VS.

VISA, INC
_____

METABANK, METABANK FINANCIAL GROUP

META PAYMENT SYSTEMS
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
      attorney as follows: (circle one)

      ① Employ Counsel
      2.  Court - Appointed Counsel
      3.  Lawyer Referral Service of the State Bar of Texas,
          P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

      Read, Morgan & Quinn
      801 Laurel Street, Beaumont, TX 77701
      * Was unable to obtain appointment prior to
      filing.

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

READY FENANCIAL GROUP

HEART LAND

SYMANTEC

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.   Employ Counsel
2.   Court - Appointed Counsel
3.   Lawyer Referral Service of the State Bar of Texas,
     P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

RAMADA WORLD WIDE

SPRINT

SEQUITER, INC.

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS

SHANE M POMPURA

_____          Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

ACCOUNT NOW

SME ONE

BANCORP BANK
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

_____

List the full name of each plaintiff in this action.

Case Number : _____

VS.

WARREN K. PAXTON

UNITED STATES POSTAL SERVICE / RETAIL SYSTEM SOFTWARE

EQUIFAX

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

   1.    Employ Counsel
   2.    Court - Appointed Counsel
   3.    Lawyer Referral Service of the State Bar of Texas,
         P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____          Case Number : _____

_____

_____
List the full name of each plaintiff in this action.

VS.

VERISIGN, INC.

GREEN DOT CORPORATION

GREEN DOT BANK
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____          Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

AMC THEATER

STOREQUEST

EXPERIAN. PLC

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.      Employ Counsel
        2.      Court - Appointed Counsel
        3.      Lawyer Referral Service of the State Bar of Texas,
                P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

DAYS INN

XEROX STATE AND LOCAL SOLUTIONS, INC

WELLS FARGO BANK

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.      Employ Counsel
        2.      Court - Appointed Counsel
        3.      Lawyer Referral Service of the State Bar of Texas,
                P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____          Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

TARGET

MCDONALD'S

MCAFFEE

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. PIMPURA

_____

_____

List the full name of each plaintiff in this action.

Case Number : _____

VS.

MICROSOFT

ADOBE SYSTEMS, INC.

WYNDHAM HOTEL GROUP

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.    Employ Counsel
        2.    Court - Appointed Counsel
        3.    Lawyer Referral Service of the State Bar of Texas,
              P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

List the full name of each plaintiff in this action.

VS.

APPLE, INC

CINEMARK HOLDINGS

LANDMARK INDUSTRIES

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

Case Number : _____

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.      Employ Counsel
        2.      Court - Appointed Counsel
        3.      Lawyer Referral Service of the State Bar of Texas,
                P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

_____

List the full name of each plaintiff in this action.

Case Number : _____

VS.

TRANS UNION

UPS

QUICKBOOKS POINT OF SALE

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1.   Employ Counsel
2.   Court - Appointed Counsel
3.   Lawyer Referral Service of the State Bar of Texas,
     P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

_____

Case Number : _____

List the full name of each plaintiff in this action.

VS.

INTUIT

US BANCORP

ALOHA POS TECHNOLOGIES

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.      Employ Counsel
        2.      Court - Appointed Counsel
        3.      Lawyer Referral Service of the State Bar of Texas,
                P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____                    Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

E PROCESSING NETWORK

VERIFONE

UVERSE

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.       ATTEMPT TO SECURE COUNSEL:

         Please answer the following concerning your attempt to secure counsel.

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____                         Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

COX COMMUNICATIONS

CISCO SYSTEMS, INC

ALCATEL-LUCENT
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

JUNIPER NETWORKS, INC.

GREGORY WILLES

EFRY

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.      Employ Counsel
        2.      Court - Appointed Counsel
        3.      Lawyer Referral Service of the State Bar of Texas,
                P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____          Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

TOUCH PAY PAYMENT SYSTEMS / TOUCH PAY HOLDINGS LLC

GLOBAL TEL LINK CORPORATION, GTL

NORTON

_____
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE N. POMPUEA

_____          Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

LIGHTSPEED POS INC

VANTIV

TIME WARNER
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.     ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

   A.   In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.   Employ Counsel
        2.   Court - Appointed Counsel
        3.   Lawyer Referral Service of the State Bar of Texas,
             P. O. Box 12487, Austin, Texas 78711.

   B.   List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANG M. POMPUER
_____

_____                    Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

BRIGHT HOUSE NETWORK
HUGHES NET
SPRINT SPECTRUM
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.    In the preparation of this suit, I have attempted to secure the aid of an
         attorney as follows: (circle one)

         1.    Employ Counsel
         2.    Court - Appointed Counsel
         3.    Lawyer Referral Service of the State Bar of Texas,
               P. O. Box 12487, Austin, Texas 78711.

   B.    List the name(s) and address(es) of the attorney(s):

         _____

         _____

         _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____          Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

SOFTBANK GROUP CORP

MIZUIHO SECURITIES

GOLDMAN SACHS GROUP INC.
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.      Employ Counsel
        2.      Court - Appointed Counsel
        3.      Lawyer Referral Service of the State Bar of Texas,
                P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA
_____

_____                    Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

DEUTSCHE BANK U.S. FINANCIAL AMERICA's HOLDING CORP

JP MORGAN

CREDIT SUISSE
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

Shane M. Pompuer

_____         Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

Bank of America Merrill Lynch
Spectrum Management Consulting

_____
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

C.     Results of the conference with counsel:

No appointment could be obtained via an-
line chat confirmation/forwarding of
account draft of records.

II.     List previous lawsuits:

A.     Have you filed other lawsuits in state or federal court dealing with the same facts
involved in this action or any other incidents?  _____Yes  _____No

B.     If your answer to "A" is "yes",  describe the lawsuit in the space below.
If there is more than one lawsuit, attach a separate piece of paper describing
each.

1.     Approximate file date of lawsuit:  N/A

2.     Parties to previous lawsuit(s):

Plaintiff     N/A

Defendant     N/A

Attach a separate piece of paper for additional plaintiffs or defendants.

3.     Identify the court the lawsuit was filed. If federal, name the district.  If
state, name the county.

N/A

4.     Docket number in other court.  N/A

5.     Name of judge to whom the case was assigned.

N/A

6.     Disposition: Was the case dismissed, appealed or still pending?

N/A

7.     Approximate date of disposition.  N/A

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1   SHANE   M.  POMPURA

_____ 9450 PINECROFT DR. 9797 _____

_____ SPRING, TEXAS 77387 _____

Pla #2 _____

_____

_____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:   U P S

55 GLENLAKE PARKWAY NE ATLANTA, GEORGIA 30321

ATTN: LEGAL SERVICE OF PROCESS

Dft #2:  ALCATEL~ LUCENT

148 ROUTE DE LA REINE, BOULOGNE BILANCOURT, HAUTS DE SEIN 92100 FRANCE

ATTN: LEGAL SERVICE OF RECORD

Dft #3  JUNIPER NETWORKS, INC.

1133 INNOVATION WAY, SUNNYVALE, CA 94089

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1 SHANE M. POMPURA _____

        _____

        _____

        Pla #2 _____

        _____

        _____

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: ALOHA POS TECHNOLOGIES ____

        2681 E. PARLEY'S WAY #203 SALT LAKE CITY, UT 84109

        ATTN: LEGAL SERVICE OF RECORD

        Dft #2: QUICKBOOKS | INTUIT INC.

        2700 COAST AVE MOUNTAIN VIEW, CA 94043

        ATTN: LEGAL SERVICE OF RECORD

        Dft #3 CISCO SYSTEMS, INC.

        170 W TASMAN DR SAN JOSE, CA 95134

        ATTN: LEGAL SERVICE OF RECORD

        Attach a separate sheet for additional parties.

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

       Pla #1 SHANE M. POMPURA

       Pla #2

    B.   List the full name of each defendant, their official position, place of employment and full mailing address.

       Dft #1: NORTON

       350 ELLIS STREET, MOUNTAIN VIEW, CA 94043

       ATTN: LEGAL SERVICE OF RECORD

       Dft #2: LIGHTSPEED POS INC.

       7049 ST-URBAIN STREET MONTREAL (QUEBEC) H2S 3H1 CANADA

       ATTN: LEGAL SERVICE OF RECORD

       Dft #3 EFAX

       6922 HOLLYWOOD BLVD FL 5 LOS ANGELES, CA 90028

       ATTN: LEGAL SERVICE OF RECORD

    Attach a separate sheet for additional parties.

III.   Parties to this suit:

   A.   List the full name and address of each plaintiff:

   Pla #1   SHANE M. POMPUER

   Pla #2

   B.   List the full name of each defendant, their official position, place of employment and full mailing address.

   Dft #1:   ADOBE SYSTEMS, INC.
   ATTN: LEGAL SERVICE OF PROCESS
   345 PARK AVENUE, SAN JOSE, CA 95110

   Dft #2:   FIRST DATA SERVICES
   5565 GLENRIDGE CONNECTOR NE, ATLANTA, GEORGIA
   ATTN: LEGAL SERVICE OF RECORD                30342

   Dft #3   VANTIV
   8500 GOVERNOR'S HILL DR SYMMES TWP, OH 45249
   ATTN: LEGAL SERVICE OF RECORD

   Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1 SHANE M. POMPURA

Pla #2

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: APPLE, INC.

ATTN: LEGAL SERVICE OF PROCESS

ONE INFINITE LOOP, CUPERTINO CA 95014

Dft #2: CINEMARK, HOLDINGS

3900 DALLAS PARKWAY, SUITE 500 PLANO, TX 75093

ATTN: LEGAL SERVICE OF RECORD

Dft #3 LANDMARK, INDUSTRIES

ATTN: LEGAL SERVICE OF RECORD

11111 WILCREST GREEN DR. #100 HOUSTON, TX

77042

Attach a separate sheet for additional parties.

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

       Pla #1  SHANE M. POMPURA

       Pla #2

    B.   List the full name of each defendant, their official position, place of employment and full mailing address.

       Dft #1:  AMC THEATER

          ATTN: LEGAL SERVICE OF RECORD

          11500 ASH ST., LEAWOOD, KS 66211

       Dft #2:  STOREQUEST

       26955 S. TOWER ROAD AURORA, CO 80013

       ATTN: LEGAL SERVICE OF RECORD

       Dft #3  EXPERIAN, PLC / ATTN: LEGAL SERVICE OF RECORD

          475 ANTON BLVD.

          COSTA MESA, CA 92626

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1   SHANE M. POMPURA

Pla #2

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:   WYNDHAM HOTEL, GROUP

ATTN: LEGAL SERVICE OF PROCESS

22 SYLVAN WAY, PARSIPPANY, TROY HILLS, NJ 07054

Dft #2:   TARGET

1000 NICOLLET MALL, MINNEAPOLIS, MN 55403

ATTN: LEGAL SERVICE OF PROCESS

Dft #3   McDONALD'S

2111 McDONALD'S DR. OAK BROOK, ILLENOIS 60523

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1 SHANE M. POMPURA

Pla #2

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: MCAFFEE

3965 FREEDON CIRCLE, SANTA CLARA, CA 95054

ATTN: LEGAL SERVICE OF RECORD

Dft #2: CITRIX

851 WEST CYPRESS CREEK RD., FORT LAUDERDALE, FL 33309

ATTN: LEGAL SERVICE OF RECORD

Dft #3 TRANSUNION

555 W. ADAMS STREET, CHICAGO, IL 60661

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1  SHANE M. POMPURA

Pla #2  _____

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:  VERISIGN, INC. / ATTN: LEGAL SERVICE OF RECORDS
12061 BLUEMONT WAY
RESTON, VA

Dft #2:  GREEN DOT CORPORATION
ATTN: LEGAL SERVICE OF RECORDS
3465 E. FOOTHILL BLVD, PASADENA, CA 91107

Dft #3  GREEN DOT BANK
ATTN: LEGAL SERVICE OF RECORDS
3465 E. FOOTHILL BLVD, PASADENA, CA 91107

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1 _SHANE M. POMPURA_____

_____

_____

Pla #2 _____

_____

_____

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: _RAMADA  WORLDWIDE /ATTN: LEGAL SERVICE OF PROCESS_

_22  SYLVAN WAY_____

_PASIPPANY, NJ, NJ 07054_____

Dft #2: _SPRINT /ATTN: LEGAL SERVICE OF RECORDS_

_6200 SPRINT PARKWAY_____

_OVERLAND PARK, KANSAS 66351_____

Dft #3 _SEQUITER, INC./ATTN: LEGAL SERVICE OF RECORD_

_14 TECH CIRCLE_____

_NATICK, MD 01760_____

Attach a separate sheet for additional parties.

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1   SHANE   M.   POMPURA _____

        _____

        _____

        Pla #2 _____

        _____

        _____

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: WARREN K. PAXTON _____

        ____ 209 W. 14th ST., AUSTIN, TX 78701

        ____ ATTN: LEGAL SERVICE OF PROCESS

        Dft #2: UNITED STATES POSTAL SERVICE | RETAIL SYSTEMS SOFTWARE

        ____ 475 L'ENFANT PLAZA SW RM 4012

        ____ WASHINGTON, DC 2060-2200 | ATTN: LEGAL SERVICE OF PROCESS

        Dft #3 EQUIFAX _____

        ____ 1550 PEACHTREE ST NW, ATLANTA, GEORGIA, 30309

        ____ ATTN: LEGAL SERVICE OF PROCESS

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1 _SHANE  M.  POMPUER_____

_____

_____

Pla #2 _____

_____

_____

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: _ACCOUNT  NOW_____

_2603 CAMINO RAMON_____

_SAN RAMON, CA 94583 /ATTN: LEGAL SERVICE OF PROCESS_

Dft #2: _SMI  ONE_____

_106 WESTWOOD DR_____

_CARROLTON, GA 30117 /ATTN: LEGAL SERVICE OF PROCESS_

Dft #3 _BANCORP BANK_____

_409 SILVERSIDE ROAD_____

_WILMINGTON, DE 19809 /ATTN: LEGAL SERVICE OF PROCESS_

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1   SHANE M. POMPUEA

Pla #2

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:   READY FINANCIAL GROUP / ATTN: LEGAL SERVICE OF PROCESS

5445 E TERRA LINDA WAY

NAMPA, ID 83687

Dft #2:   HEARTLAND / ATTN: LEGAL SERVICE OF PROCESS

70 NASSAU STREET

PRINCETON, NJ 08542-4529

Dft #3   SYMANTEC

350 ELLIS STREET

MOUNTAINVIEW, CA 94043 / ATTN: LEGAL SERVICE OF PROCESS

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1  SHANE M. POMPUER

PINE CROFT DR UNIT 9797

SPRING, TEXAS 77387

Pla #2 _____

_____

_____

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:  VISA INC, CORPORATION / VISA USA

900 METRO CENTER BLVD.

FOSTER CITY, CA 94404 / ATTN: LEGAL SERVICE OF PROCESS

Dft #2: METABANK / METABANK FINANCIAL GROUP

4900 S. WESTERN AVENUE

ATTN: LEGAL SERVICE OF PROCESS

Dft #3  METABANK / META PAYMENT SYSTEMS

4900 S. WESTERN AVENUE

ATTENTION LEGAL SERVICE OF PROCESS

Attach a separate sheet for additional parties.

III.  Parties to this suit:

A.  List the full name and address of each plaintiff:

Pla #1 SHANE M. POMPURA

Pla #2

B.  List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: DAY'S INN

ATTN: LEGAL SERVICE OF PROCESS

22 SYLVAN WAY, PARSIPPANY, NJ 07054

Dft #2: XEROX STATE AND LOCAL SOLUTIONS, INC.

45 GLOVER AVENUE, NORWALK, CONNETICUT 06854

ATTN: LEGAL SERVICE OF RECORD

Dft #3 WELL'S FARGO BANK

420 MONTGOMERY STREET, SAN FRANCISCO, CA 94104

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.     Parties to this suit:

A.     List the full name and address of each plaintiff:

Pla #1   SHANE M. POMPURA

Pla #2 _____

B.     List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:  GREGORY A. WILLIS
2100 BLOOMDALE RD. #2004, MCKINNEY, TX 75071
ATTN: LEGAL SERVICE OF PROCESS

Dft #2:  TOUCH PAY HOLDINGS, LLC.
12021 SUNSET HILLS RORD, #100, RESTON VIRGINIA 20190
ATTN: LEGAL SERVICE OF RECORD

Dft #3  GLOBAL TEL LINK CORPORATION
12021 SUNSET HILLS ROAD, #100, RESTON VIRGINIA 20190
ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

        Pla #1 ___SHANE   M. POMPURA_____

        _____

        _____

        Pla #2 _____

        _____

        _____

    B.   List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: ___ELAVON INC,_____

        ___TWO CONCOURSE PARKWAY, Suite 800, Atlanta GA 30328___

        ATTN: LEGAL SERVICE OF PROCESS___

        Dft #2: ___U.S. BANCORP_____

        ___800 NICOLLET MALL, MINNEAPOLIS, MINNESOTA 55402___

        ATTN: LEGAL SERVICE OF PROCESS___

        Dft #3 ___XFINITY_____

        ___ONE COMCAST CENTER, 1701 JFK BLVD, PHILADELPHIA PA. 19103___

        ATTN: LEGAL SERVICE OF PROCESS___

    Attach a separate sheet for additional parties.

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

        Pla #1  SHANG  M. POMPURA

        Pla #2

    B.   List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1:  TIME  WARNER
        60 COLUMBUS CIRCLE, NEW YORK CITY, NEW YORK 10023
        ATTN: LEGAL SERVICE OF RECORD

        Dft #2:  BREGHT HOUSE NETWORKS
        5823 WIDEWATERS PKWY Ste.2 EAST SYRACUSE,NY 13057
        ATTN: LEGAL SERVICE OF RECORD

        Dft #3  HUGHESNET
        11717 EXPLORATION LANE, GERMANTOWN, MARYLAND 20876
        ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

       Pla #1  SHANE M. POMPURA

       Pla #2

    B.   List the full name of each defendant, their official position, place of employment and full mailing address.

       Dft #1: VERIFONE

       2099 GATEWAY PLACE, SAN JOSE, CA 95110

       ATTN: LEGAL SERVICES OF RECORD

       Dft #2:  UVERSE

       208 S. AKARD ST, DALLAS, TX 75202

       ATTN: LEGAL SERVICES OF RECORD

       Dft #3 COX COMMUNICATIONS

       1400 LAKE HEARN DRIVE ATLANTA, GEORGIA 30319

       ATTN: LEGAL SERVICES OF RECORD

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1   _SHANE M. POMPURN_

_____

_____

Pla #2   _____

_____

_____

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: ~~SPRINT~~  SPECTRUM MANAGEMENT CONSULTING

ATTN: LEGAL SERVICE OF RECORD

6200 SPRINT PARKWAY OVERLAND PARK, KANSAS 66251

Dft #2: SOFTBANK GROUP CORP

ATTN: LEGAL SERVICE OF RECORD

TOKYO SHIODOME BLDG., 1-9-1, MINATO, TOKYO 105-7303

Dft #3 RAINE GROUP LLC

ATTN: LEGAL SERVICE OF RECORD

9560 WILSHIRE BLVD. PENTHOUSE
BEVERLY HILLS, CA 90012

Attach a separate sheet for additional parties.

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

       Pla #1   SHANE M POMPURA.

       Pla #2

    B.   List the full name of each defendant, their official position, place of employment
       and full mailing address.

       Dft #1:  JP MORGAN

       ATTN: LEGAL SERVICE OF RECORD

       270 PARK AVENUE, NEW YORK CITY, NEW YORK 10017

       Dft #2:  CREDIT SUISSE

       ATTN: LEGAL SERVICE OF RECORD

       11 MADISON AVENUE, FRNT 1, NEW YORK, NEW YORK 10010

       Dft #3  BANK OF AMERICA MERRILL LYNCH

       ATTN: LEGAL SERVICE OF RECORD

       500 LEE ST, E STE 1100 Charleston, WV 25301

    Attach a separate sheet for additional parties.

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1 _SHANE  M.  POMPURA_____

        _____

        _____

        Pla #2 _____

        _____

        _____

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: _GOLDMAN   SACHS  GROUP  INC._____

        ATTN: LEGAL SERVICE OF RECORD_____

        200 WEST St NewYoek, NY  10282_____

        Dft #2: ~~BANK OF AMERICA MERRILL LYNCH~~____

        ATTN: LEGAL SERVICE OF RECORD_____

        _____

        Dft #3 _DEUTSCHE BANK_____

        ATTN: LEGAL SERVICE OF RECORD_____

        60 WALL STREET LOBBY ● 1, NewYork, NY
                                       10005

Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

Spectrum Management Consulting

Soft Bank Group Corp

RAINE Group LLC

JP Morgan

Credit Suisse

Bank of America Merrill Lynch

Goldman Sachs Group Inc

Deutsche Bank

1) Consult Sprint

2) Advise Sprint

3) Invest for Sprint

4) Soft Bank is merged with
     Sprint.

IV:      Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

Visa to date publishes worldwide
False advertising,

Visa Inc from on or around 03/2012, has
retained customers that utilize the Visa
logo, to continue to operate under Visa
logo, that are in violation of the
Visa contract/policies/terms. Theft of funds has
resulted via online transaction

1. metabanks/Metabank Financial Group,
on or about 05/2012, has employed
entities that have exposed my banking
account identification. theft of funds has resulted via
on line transaction

2 Has allowed theft of my account
Funds over the internet through
their point of sale Systems in place.

3. Has allowed incorrect coding/per Visa
policy on my bank Statements,

4. Has not supplied transaction
numbers or phone numbers of
merchant's they authorized to
steal account funds.

C.      Results of the conference with counsel:

Appointment was not confirmed by the

corporate on line assistant.

II.      List previous lawsuits:

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?  _____Yes   _X_ No

B.      If your answer to "A" is "yes",  describe the lawsuit in the space below.
If there is more than one lawsuit, attach a separate piece of paper describing each.

1.      Approximate file date of lawsuit:  N/A

2.      Parties to previous lawsuit(s):

Plaintiff  N/A

Defendant  N/A

Attach a separate piece of paper for additional plaintiffs or defendants.

3.      Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

N/A

4.      Docket number in other court.  N/A

5.      Name of judge to whom the case was assigned.

N/A

6.      Disposition: Was the case dismissed, appealed or still pending?

N/A

7.      Approximate date of disposition.  N/A

IV:    Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

VISA, INC - On or around 03/2012 to date.

   1. Has not monitored companies doing
      business with VISA logo to ensure
      that the contractual securities and
      account reporting/coding of financial
      records/policies are being met. Ul

   2. VISA falsely solicits by stating
      VISA cards are accepted everywhere
      VISA logo is honored.

METABANK/METABANK FINANCIAL Group,
on or about 05/2012 to present.

   1. Have exposed my personal identification
      numbers to affiliates/partners,
      which has compromised my account
      security/theft of funds and
      transactions were done by
      affiliates/partners. Theft by
      on-line purchase unauthorized or
      verified by Visa/Metabank/Metabank
                                   Financial
   or account Owner, Shand M. Pompae.
   2. Has continued to violate Visa procedures/policies
      with incomplete records available to account owner.

IV:   Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

3. When entities have been contacted per policy agreement, no response and no resolution to date.

4. Has not notified account owner or had account owner authorize on line monthly recurring payments.

5. Has not had security/maintenance notify account owner of irregular or off date/cycle transactions or transaction amounts.

META PAYMENT SYSTEMS on or about 05/2012 to present.

1. Has processed fraudulent on-line payment transactions unauthorize or verified by account owner.

2. Has not alerted other affiliated partners of fraud/theft of on line transactions.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

SPRINT, on or about 12/14 to present

1. Did not authorize recurring payments,
withdrawn, unauthorized of account
owners account.

2 Over charged account owner for
four months withdrawing funds
unauthorized from account of owner
of account.

3. When asked of illegal acts and
over charges, ~~termed~~ terminated account and
did not reimburse funds unauthorized.

SEQUITER INC., on or about 12/14 to present
Failed to verify per SPRINT agreement
on line payments and authentification
of unauthorized transactions via
the internet.

VERISIGN INC, on or about 12/14 to present
Failed to authenticate per security notice.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

READY FINANCIAL GROUP on or about 05/2012 -
present.

1. Has exposed my personal identification
numbers to entities that partner with Ready
Financial Group. This has allowed many
transactions debiting funds unauthorized
by account owner.

2. Ready Financial Group will not
respond to account owner of reimbursing
the on line theft of account.

3. Ready Financial has never verified
with owner of account request by
merchants of recurring payments.

4. Ready Financial Group does not
code/notate on line Statement, per
VISA's agreement.

5. Ready Financial Group has failed to
notify account owner of irregular payments
and or/amounts per visa contract.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

HEARTLAND on or about 05/2012 to Present.
   1. Has processed on-line transactions
   not authorized by account owner.
SYMANTEC on or about 05/2012 to present
   1. Has failed to secure account
   owners, security of personal identification
   numbers.
   2. Has failed to protect account
   owner of fraudulent transactions
ACCOUNT NOW, on or about 05/2012 to present
   1. Has exposed personal identification
   numbers to affiliates that have
   caused theft of funds via on-line
   transactions.
   2. Has never authenticated payments
   for recurring merchants with owner
   of account.
   3. Has not reimbursed owner of
   account of payment amounts unauthorized.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

SMI ONE, on or about 02/2012 to
01/2016

1. Has exposed account owners
personal identification numbers to
affiliates, causing on-line payments/
theft.

2. Has never verified request for
recurring payments with account owner.

3. Has not reimbursed account owner
   of transactions not authorized.

4. Held ACH deposits past the
allowed time causing hardship to
account owner.

BANCORP BANK, on or about 02/2012 to
present.

- Has allowed theft of account
owners funds via on line unauthorized
payments.

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

WARREN K. PAXTON, on or about 02/13 - present.

1. Has been made aware that SMI ONE and EPPICARD services, which he contracted, has been holding child support payments.

2. Has been made aware of the account owner's personal identification numbers being exposed, which has caused theft of child support funds that were wired to the 2 payment card companies.

3. Continues to contract with SMI ONE knowing theft has occured of child support funds.

UNITED STATES POSTAL SERVICE / RETAIL SYSTEMS SOFTWARE

· On or about 03/2016 to present ① Has attempted to auto debit without A recurring payment authorized by account owner.

② Stored account owners CIV and card information unauthorized by account owner.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

EQUIFAX, on or about 01/14 - present

   0 Has stored CIV and account information. No monthly auto pay verified and established.

   2. Has stolen funds from account owner.

RAMADA WORLDWIDE, on or about 05/16 to 06/14.

   1. Held account owner's deposit for 3 weeks.

   2. Authorized payments with stored personal identification numbers not authorized by account owner. Would not reimburse account owner of stolen funds.

   3. Charged account owner more than owed on multiple transactions due to POS system, leased by Ramada, was having technical issues at time of multiple charges. Not reimbursed.

IV:    Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

GREEN DOT CORPORATION, on or about 02/12 to
present. Allowed account fraud causing theft
of funds to account owner. Never
reimbursed. ~~Aff~~

GREEN DOT BANK, on or about 02/12 to present.
Allowed account fraud, causing theft of
funds to account owner. Never reimbursed.

AMC THEATER, 04/17/14
1. Transferred funds not authorized
for service not rendered. Never reimbursed
2. Stored account owner's personal
identification information unauthorized.

STOREQUEST, on or about 10/17/14 to 11/22/2014
1. Unauthorized recurring payment drafted
from account owner's funds.
2. Did not notify account owner prior to
draft of account funds.
3. Account owner has written correspondence
for Storequest to stop drafting from account
Storequest again drafted funds unauthorized
without prior notice.
4. Did not reimburse
5. Stored personal identification numbers without consent of
account owner.

IV:    Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

EXPERIAN PLC on or about 0116 to present.

(1) Unauthorized recurring payments.

2. Stored personal identification Numbers
to draft stolen funds

3. Did not notify account owner

4. Did not reimburse account owner.

APPLE INC, on or about 0614 to present.

1. Unauthorized drafts of account
owners funds.

2. No recurring authorization.

3. Has stored personal identification
numbers for use to draft unauthorized
monthly payments

4. Has never notified account owner
prior to unauthorized drafts from
account of owner. )

5. Has never rendered a service for
fees stolen from account owner.

6. Has never reimbursed stolen funds
of account owners

IV:   Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

CINEMARK HOLDINGS, on or about 2014
1. Did not render a service.
2. Made unauthorized transaction from account owners account.
3. Stored account owners card information from a past purchase unauthorized.
4. Did not reimburse funds.

LANDMARK INDUSTRIES - on or about 01/20/16
1. Did not render a service.
2. Unauthorized payment initiated by this company.
3. Stored account owners personal identification numbers from past transaction
4. Did not notify account owner.
5. Did not reimburse account owner.

MICROSOFT on or about 01/14 to present.
1. Does not have authorized recurring payment.
2. Does not notify account owner prior to theft of funds
3. Stores personal identification / unauthorized.
4. Has not reimbursed.

IV:      Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

ADOBE SYSTEMS, INC On or about 02/16 to present,

1. Has no recurring payment authorized.

2. Has stored personal identification numbers unauthorized of account owner

3. Has not notified account owner before illegal transactions.

4. Has not reimbursed stolen funds to account owner.

WYNDHAM HOTEL Group, On or about 05/16 to 06/07/16

- Over charged account owner due to PoS system errors.

- Not reimbursed funds to account owner.

- Stored account owner's personal identification numbers.

- Charged a nightly fee to account owner without services rendered

- Did not notify account owner of transaction prior to transaction not authorized.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

DAYS INN, on or about 06/07/2016
    1. Did not render a service,
    2. Did not notify account owner,
    3. Withdrew funds not authorized
    from account owner's funds.
XEROX STATE AND LOCAL SOLUTIONS, on or about
03/2012 to present.
    1. Has not protected account
owner's personal identification
numbers.
    2. Has allowed for many fraudulent
account transactions
    3. Has not reimbursed stolen funds.
TARGET, on or about 12/15/2016 -
    1. Charged account holder more than posted
~~merchandise~~ price for merchandise
purchased. When account holder asked for
funds to be reimbursed, TARGET stated
that they could not post credit to card
due to the internet was not working
only 5 minutes after transaction.

IV:   Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

MCDONALD's, on or about 01/15/14
   1. Did not render service.
   2. Did not notify account owner.
   3. Stored personal identification of
account owners from previous transaction.
   4. Unauthorized transaction from
   account owner's funds.
   5. Funds not reimbursed to account
   owner.

MCAFFEE, on or about 09/2016
1) - Software to be 100% refunded
if did not correct computer issues
- Software installed by licensed
MCAFFEE employee. Did not resolve.
MCAFFEE will not reimburse funds
2. Funds were processed prior to
service being completed and
verified to be properly working.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

TRANSUNION, on or about 01/16 to present.

1. No recurring payment has been authorized
or verified.

2. No prior notice before funds withdrawn
from account owner's funds

3. Unauthorized personal identification
numbers have been stored.

4. Payments, unauthorized, processed
from account owner's funds.

5. Funds have not been reimbursed
to account owner.

UPS, on or about 11/2016

1. Authorized a payment and posted
payment before service rendered.

2. Did not notify account owner
of delay in package estimated time.

3. Did not reimburse account owner
funds from account owner's funds
once service were not rendered as
contractually bound from UPS
Agreement.

IV:      Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

- INTUIT INC. on or about 08/12-present-

1. Processes unauthorized payments.

2. Does not verify/authenticate recurring payments

3. Allows stored, unauthorized, personal identification numbers to be used for transactions.

4. Does not reimburse funds, not authorized or verified to account owner. 5. Has not verified merchandise or service received.

US BANCORP

1. Has processed illegal on-line transactions not authorized by account holder.

2. Has not verified with account holder recurring payments unauthorized from account holders funds.

3. Has issued unauthorized funds of account holders from merchants storing personal identification numbers, unauthorized.

4. Has not reimbursed account holder.

5. Has not verified merchandise or service received.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

QUICK BOOKS POINT OF SALE, on or about 02/2012 to present.

1. Has not verified with account holder recurring payments.

2. Has not notified account holder of recurring payments prior to authorizing payments.

3. Has accepted personal identification numbers illegally stored.

4. Has not reimbursed account holder. 5. Has not verified services or merchandise received.

ALOHA POS TECHNOLOGIES, on or about 02/12 to present.

1. Has not verified with account holder charges or if recurring payments were authorized.

2. Has processed unauthorized transactions.

3. Has processed transactions with personal identification numbers stored illegally.

4. Has not reimbursed funds to account holder.

5. Has not verified services rendered or received.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

E PROCESSING NETWORK, on or about 01/16 to present.

1. Has not verified from account holder payment amount and/or recurring payments.

2. Has not verified services rendered.

3. Has processed payments using personal identification numbers illegally stored from merchants.

4. Has not notified account holder payments were being processed.

5. Has not reimbursed funds from unauthorized transactions to account holder.

VERIFONE, or or about 02/13 to present

1. Manufactures POS devices that are allowing fraudulent charges to account holders account.

2. Does not verify merchants are following VISA agreement.

IV:   Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

UVERSE, on or about 02/2012 to present

1. Allows internet to merchants for POS processing of unauthorized payments from account holders funds.

2. Allows internet to merchants for account access, non authorized, to via internet involving FDIC insured banks to transfer funds illegally from account holders funds.

COX COMMUNICATIONS, on or about 02/12 to present.

1. Allows internet to merchants for POS processing of unauthorized payments from account holders funds.

2. Allows internet to merchants for account access, non authorized, via internet involving FDIC insured banks to transfer funds illegally, from account holders funds.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

CISCO SYSTEMS, INC on or about 02/10 to present.
Develops, manufactures and sells
networking hardware, telecommunications
equipment and other services and
products. This has enabled via wi-fi
access and POS systems, devices and
banking institutions, to have
access to account holders personal
identification numbers. This has
enabled many merchants / banks /
POS software to access account
holders funds unauthorized.
This theft has caused much
hardship to account holder.

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is
involved. Include the names of other persons involved with dates and places. Do not
give any legal arguments or cite cases or statutes. If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph. Use as much
space as you need, attaching additional pages if necessary.

ALCATEL-LUCENT, on or about 02/12 to present.
Develops, manufactures and sells
networking services. This has enabled,
via the internet and POS systems,
devices and financial institutions, to
store personal identification numbers
of account holder, which has
led to unauthorized transactions
from account holders funds.
JUNIPER NETWORKS, INC on or about 02/12 to present
Develops, manufactures and sells
networking services. This has enabled
via the internet and POS systems,
devices and financial institutions to
store personal identification numbers
of account holders, which has led to
unauthorized access and unauthorized
transactions from account holders funds.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

GREGORY A. WILLIS, on or about 10/15 to present.

1. Has made unauthorized transactions from account holders funds.

2. Has not notified account holder that he is storing account holders personal identification numbers illegally

EFAX, on or about 04/2016 to present

1 - Did not verify with account holder recurring charges were going to be made illegally.

2 - Has stored personal identification numbers illegally.

3 - Has not notified account holder of future unauthorized recurring payment dates.

- TOUCH PAYMENT SOLUTIONS, TOUCH PAY HOLDINGS, LLC.

1 - Unauthorized transactions

2 - NO receipt of unauthorized transaction of amount and/or date.

3 - NO verification with account holder prior to unauthorized transaction.

4 - Storing personal identification of account holder illegally

IV:   Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

GLOBAL TEL LINK CORPORATION on or about 09/30/12

1 - Made unauthorized charges to account holder's
   credit card

2 - Did not verify service

3 - Did not notify account holder
   charges made by receipt.

NORTON, on or about 08/12 to present

1 - Allowed personal identification
   to be stored for theft of account
   holder.

2. Did not protect/security of
   account holder. This has caused
   financial theft by others
   unauthorized.

LIGHTSPEED POS INC 11/15 to present/ on or about

① - Not verified recurring payments with
   account holder

2. - Processed with illegally stored personal identification
   numbers of account holder.

3. Did not verify receipt of service or
   merchandise, prior to authorizing, non-
   authorized theft from merchants of
   account holders funds.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

VANTIV, on or about 02/12 to present.

1. Has provided payment and technology
services to merchants and financial
institutions who have with these
services provided by VANTIV,
accessed account holders personal
identification numbers illegally

2. Has allowed VANTIV and
partners of VANTIV to steal
funds from account holder.

3. Have never verified with
account holder of payment or
recurring payment, were initiated or
authorized prior to theft of account
holders funds

4. Has never notified account holder
the transactions were processed from
account holders funds.

5. Has never given notice prior to
unauthorized transactions

IV:   Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

TIME WARNER, on or about 02/12 to present.

1. Allows internet to merchant's for POS processing of unauthorized payments from account holders funds.

2. Allows internet to merchants for account access, non authorized, via internet involving FDIC insured banks to transfer funds illegally from account holders funds.

BRIGHT HOUSE NETWORKS, on or about 02/12 to present

1. Allows internet to merchants for POS processing of unauthorized payments from account holders funds.

2. Allows internet to merchants for account access, non-authorized, via internet involving FDIC insured banks to transfer funds illegally from account holders funds.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

HUGHESNET, on or about 02/13 to present.

1. Allows internet to merchants for POS
   processing of unauthorized payments
   from account holders funds.

2. Allows internet to merchants for
   account access, non authorized, via
   internet involving FDIC insured
   banks to transfer funds illegally
   from account holders funds.

3. Continues to provide internet service,
   with known internet interception of
   fraud based usage, and continues
   service. RICOH

4. Continues to service/provide
   internet service to known/proven
   guilty individuals. No criminal
   record is obtained prior to
   internet service approval. Just
   credit. Enables future fraud

V.      Relief: State Briefly exactly what you want the court to do for you.  Make no legal
        arguments and do not cite cases or statutes.  Attach additional pages if necessary.

Immediate injunctive relief in the form of a
temporary restraining order against the
defendants is necessary to restrain the defendants
from continuing the unauthorized activities.
The stated harm to plaintiff to present and future individuals
and to the general public will be irreparable without immediate
injunctive relief.  Immediate injunctive relief should be

Signed this _____19th_____ day of ___December_____ , 20 _16_ .
                                        (Month)                      (Year)

_____Shane M. Pimpura_____

_____

_____

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: ___12/19/2016___
                         Date

_____Shane M. Pimpura_____

_____

_____
            Signature of each plaintiff

V.      Relief: State Briefly exactly what you want the court to do for you.  Make no legal
        arguments and do not cite cases or statutes.  Attach additional pages if necessary.

granted without notice by temporary

restraining orders.

All other relief to which the Plaintiff

may show itself to be entitled.

Signed this _____19th_____ day of __December__ , 20 _16_ .
                                        (Month)                    (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __12/19/2016__
                    Date

                    Signature of each plaintiff