# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANE M. POMPURA, | § | |
| | § | |
| *Plaintiff* | § | NO. 1:16-CV-518 |
| | § | |
| v. | § | |
| | § | |
| VISA, INC., et al., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

This case is assigned to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to General Order 05-07. Pending before the court is Judge Hawthorn's Amended Report and Recommendation to deny Plaintiff Shane Pompura's motion to proceed *in forma pauperis*. Doc. No. 5. No objections have been filed and the time for so doing has passed. It is therefore **ORDERED** that Pompura's motion to proceed *in forma pauperis* (Doc. No. 2) is **DENIED**. Pompura shall have fourteen (14) days after receipt of this order to pay the filing fee to the clerk of court.

SIGNED at Sherman, Texas, this 31st day of January, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE